# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CRIMINAL ACTION NO. 5:19-CR-00015-KDB-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | **ORDER** |
| OSCAR RANGEL-GUTIERREZ, et al, ) | |
| Defendants. ) | |

**THIS MATTER IS BEFORE THE COURT** on the Government's Motion to Dismiss [Dkt. 64] the Indictment [Dkt. 40] without prejudice as to Defendants Oscar Rangel-Gutierrez, Regulo Rangel-Gutierrez, and Rigoberto Rangel-Gutierrez. The Government files this motion following Defendants' guilty pleas to the Bills of Informations filed in Case Nos. 5:19-CR-00027, 5:19-CR-00021, and 5:19-CR-00039, respectively. The Court **GRANTS** the Government's Motion.

**IT IS THEREFORE ORDERED** that the Indictment [Dkt. 40] be **DISMISSED** without prejudice as to Defendants Oscar Rangel-Gutierrez, Regulo Rangel-Gutierrez, and Rigoberto Rangel-Gutierrez.

Signed: June 25, 2019

Kenneth D. Bell
United States District Judge